IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | BRIAN ANDERSON | : | CHAPTER 13 |
|---|---|---|---|
|  |  | : |  |
|  |  | : |  |
|  | DEBTOR | : | BANKRUPTCY No. 18-10773 MDC |

**ORDER TO ALLOW COUNSEL FEES**

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

| | |
|---|---|
| Total fee award: | $4,500.00 |
| Total expense cost: | $   20.00 |
| Attorney fee already paid by Debtor | $  500.00 |
| Net amount to be paid by Trustee | $4,020.00 |

The net amount is to be paid by the Trustee to Zachary Perlick, Esquire, from available funds in the Debtor's estate.

BY THE COURT:

*Magdeline D. Coleman*
_____
MAGDELINE D. COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE

Dated:   July 22, 2019